## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

JERRY WAYNE ELLEDGE, JR.,    )
                        )
        Petitioner,     )
                        )
vs.                    )      **CIV-15-240-JHP-KEW**
                        )
**ART LIGHTLE, Warden,**    )
                        )
        Respondent.    )

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Stephens County**, Oklahoma, which is located within the territorial jurisdiction of the Western District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Western District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 29th day of June 2015.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma